MJF:MSA
F.#2008R00919

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

ANTWON TANNER,

           Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C.,
§§ 1028(a)(2),
1028(b)(1)(A)(i),
1028(c)(3)(A),
1029(a)(2),
1029(c)(1)(A)(i),
2 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Illegal Transfer of False Identification Documents)

    On or about and between December 29, 2005 and October 26, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANTWON TANNER, together with others, did knowingly and intentionally transfer one or more false identification documents that appeared to be issued by and under the authority of the United States, to wit: United States Social Security cards, knowing that such documents were produced without lawful authority, in and in a manner affecting interstate commerce.

    (Title 18, United States Code, Sections 1028(a)(2), 1028(b)(1)(A)(i), 1028(c)(1), 1028(c)(3)(A), 2 and 3551 et seq.)

## COUNT TWO
(Trafficking in Unauthorized Access Devices)

On or about and between December 29, 2005 and July 30, 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ANTWON TANNER, together with others, did knowingly and with intent to defraud traffic in one or more unauthorized access devices, to wit: United States Social Security numbers, during a one-year period, and by such conduct did obtain things of value aggregating $1,000 or more during that period, in a manner affecting interstate commerce.

(Title 18, United States Code, Sections 1029(a)(2), 1029(c)(1)(A)(i), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case:     United States v. Antwon Tanner

2. Related Docket Number(s): _____
None ( )

3. Arrest Date:                N/A

4. Nature of offense(s):    X    Felony
                            ☐    Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:  Less than 6 weeks   (XX)
                               More than 6 weeks  (  )

7. County in which crime was allegedly committed:  Brooklyn (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  (X) Yes  ( ) No

9. Have arrest warrants been ordered?  (X) Yes  ( ) No

10. Is there a capital count included in the indictment?  ( ) Yes   (XX) No

                                      BENTON J. CAMPBELL
                                      UNITED STATES ATTORNEY

                            By:       _____
                                      Matthew S. Amatruda
                                      Assistant U.S. Attorney
                                      (718) 254-6191