**GREGORY S. WATTS**
*ATTORNEY AT LAW*
*26 COURT STREET, SUITE 910*
*BROOKLYN, NEW YORK 11242*
*TELE:(718) 875-5020*
*FAX: (718) 237-0639*

July 20, 2012

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Antwon Tanner
      09-CR87 (CBA)

Dear Judge Amon:

    This letter supplements my submission to the court dated July 12, 2012, regarding Mr. Tanner's application to substitute community service in lieu of home confinement. I was informed by probation officer Jose Sanchez that Mr. Tanner's supervised release ends on July 26, 2012, instead of July 31, 2012. In addition, probation officer Jose Sanchez advised me his office consents to the defendant's application.

    Finally, please advise me if Mr. Tanner's presence is required in court, and I will instruct to fly in from California for the scheduled conference.

    Thanking you in advance to your consideration to this matter.


Respectfully,

*Gregory S. Watts*

Gregory S. Watts


cc:   Antwon Tanner
      Jose Sanchez
      United States Probation Officer
      file.